SCOTT A. EDELMAN, SBN 116927
MICHAEL T. ANDERSON, SBN 143168
MICHAEL S. ADLER, SBN 190119
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, California 90067-3026

(310) 552-8500  (Telephone)
(310) 551-8741  (Facsimile)

Attorneys for Plaintiff in SACV 01-1025
Attorneys for Defendant in SACV 01-1026



FILED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED

DEC 3 0 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DIVISION AT SANTA ANA
BY _____

Priority _____
Send        X
Enter       X
Closed   _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

INTERTAINMENT LICENSING GMBH,

　　　　　Plaintiff,

　　v.

FRANCHISE PICTURES, INC., a California Corporation; *et al.*,

　　　　　Defendants.

_____

AND RELATED CLAIMS

CASE NO. SACV 01-1025 AHS (AJWx)
CASE NO. SACV 01-1026 AHS (AJWx)

~~[PROPOSED]~~ ORDER GRANTING PRELIMINARY INJUNCTION SHOULD TO STAY THE *TRACKER* ARBITRATION

**ENTERED**

FEB - 2 2004

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

DOCKETED ON CM

FEB - 2 2004

BY _____ 037

Gibson, Dunn &
Crutcher LLP

Upon review of the Complaint, the *Ex Parte* Application For A Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction filed by Third-Party Defendant Intertainment Licensing GmbH ("Intertainment"); the supporting Memorandum Of Points And Authorities, Declarations, and Exhibits; defendants' Opposition Papers, if any; plaintiffs' Reply Papers, if any; and it appearing that Intertainment may be irreparably harmed in the absence of injunctive relief to temporarily stay the *Tracker* arbitration as such an arbitration would interfere with this Court's jurisdiction over the pending Franchise Litigation, would potentially subject Intertainment to conflicting determinations about the propriety of any *Tracker* delivery, and would potentially disable Intertainment from prosecution of the prior federal court litigation (previously scheduled for trial in November of 2002 and again in August of 2003), and good cause appearing therefore:

scheduled to start April. 20, 2004

IT IS HEREBY ORDERED that, pending a trial in this matter and a final judgment, Third-Party Defendant International Motion Picture Corporation ("IMPC"), its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, are hereby enjoined and restrained from, directly or indirectly, proceeding with the *Tracker* arbitration against Intertainment Licensing GmbH ("Intertainment") until the conclusion of a trial on the merits of the prior consolidated federal case on the subject, SACV 01-1025 AHS (AJWx) and SACV 01-1026 AHS (AJWx).

///

///

///

Gibson, Dunn &
Crutcher LLP

1

IT IS FURTHER ORDERED that Intertainment post a bond in the amount of $ 7,500.00 pursuant to the provisions of the Federal Rules of Civil Procedure pending trial on the merits in this action.

SO ORDERED.

DATED: January __, 2004

_____

Alicemarie H. Stotler
United States District Judge

Presented by:
GIBSON, DUNN & CRUTCHER LLP

Attorneys for Plaintiff in SACV 01-1025
and Defendants in SACV 01-1026

By: _____
Scott A. Edelman

Dated: December 29, 2003

Gibson, Dunn &
Crutcher LLP

2