*R Sena*
*Enter*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No   SA CV 01-1025 AHS(AJWx)              Date   August 16, 2004
          SA CV 01-1026 AHS(AJWx)

Title     Intertainment Licensing GMBH v  Franchise Pictures,
          Inc , et al
          Franchise Pictures, LLC, et al  v  Intertainment
          Licensing GMBH, et al


PRESENT     **HON. ALICEMARIE H. STOTLER, JUDGE (IN CHAMBERS)**

            Ellen Matheson                     Not Present
            Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT:  None

PROCEEDINGS:    ORDER AFTER HEARING ON NON-JURY TRIAL ISSUES
                (1) DENYING INTERTAINMENT'S CLAIM FOR UNFAIR
                COMPETITION, (2) DENYING INTERTAINMENT'S CLAIM FOR
                A CONSTRUCTIVE TRUST, (3) GRANTING INTERTAINMENT'S
                REQUEST FOR PREJUDGMENT INTEREST, (4) DENYING
                FRANCHISE'S CLAIM FOR AN ACCOUNTING AND UNJUST
                ENRICHMENT, (5) FINDING AS MOOT INTERTAINMENT'S
                EQUITABLE CLAIM FOR ALTER EGO LIABILITY

ENTERED

AUG 17 2004

CLERK US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY           DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

I.   Procedural History

On July 12, 2004, the parties each filed cross briefs
bearing on the following equitable issues  (A) Intertainment's
equitable claim for unfair competition under Cal  Bus  & Prof
Code § 17200 et seq , (B) Intertainment's equitable claim for a
constructive trust, (C) Intertainment's request for prejudgment
interest, (D) Franchise's claims for an accounting and unjust
enrichment, and (E) Intertainment's claim for alter ego
liability  On July 28, 2004, the parties filed their respective
responses  On August 3, 2004, the parties filed their respective
reply briefs  The matters came on for hearing on August 13,
2004, and the Court took the matters under submission

II.  Ruling

         A     Intertainment's Claim for Unfair Competition

         The Court denies Intertainment's claim for unfair

MINUTES FORM 11                                  INITIALS OF DEPUTY CLERK
CIVIL - GEN    AHS/KS            D - M
S \AHS\lks\Minute Orders\Intmt-v-Franchise 01-1025-26 MO Equitable-Issues-Ruling wpd

*1015*

Case Title    Intertainment, etc  v  Franchise, etc
Case Nos      SA CV 01-1025, SA CV 01-1026                      -2-

competition because Intertainment fails to demonstrate that its claimed restitution, which is identical to the out-of-pocket loss claimed as monetary damages at trial, is a proper form of disgorgement permitted under an unfair competition claim   Korea Supply Co  v  Lockheed Martin Corp , 29 Cal  4th 1134, 1150 (2003) ("While any member of the public can bring suit under the act to enjoin a business from engaging in unfair competition, it is well established that individuals may not recover damages ")

### B      Intertainment's Claim for a Constructive Trust

The Court denies Intertainment's claim for unfair competition because Intertainment fails to show entitlement to equitable title to the films and therefore lacks the required interest in the property to support an equitable trust   See, e g , Communist Party v  522 Valencia, Inc , 35 Cal  App  4th 980, 990 (1995) ("Before a court can impose a constructive trust   , there must be some other party rightfully entitled to that property ")

### C      Intertainment's Request for Prejudgment Interest

The Court grants Intertainment's request for prejudgment interest   Intertainment has demonstrated that damages are certain or capable of being made certain by calculation   Cal  Civ  Code, § 3287 (a), Stein v  So  Cal  Edison Co , 7 Cal  App  4th 565, 571 (1992)   Accordingly, prejudgment interest should be allowed at the rate of 7% as provided by law   See, e g , Michelson v  Hamada, 29 Cal  App  4th 1566, 1585-86 (1994)   The amount of prejudgment interest awarded to plaintiff is $ 15,556,523 and reflected in the Judgment entered in this case

### D      Franchise's Claim for an Accounting and Unjust Enrichment

The Court denies Franchise's claim for an accounting and unjust enrichment because no factual predicate exists to support such a claim for equitable relief   Furthermore, in light of the jury's finding as to Franchise's fraudulent conduct, Franchise's claim for equitable relief is barred by the doctrine of unclean hands   See, e g , Kendall-Jackson Winery, Ltd  v  Superior Court, 76 Cal  App  4th 970, 978 (1999)

### E      Intertainment's Claim for Alter Ego Liability

In light of the Court's approval of the form of

Case Title    Intertainment, etc   v   Franchise, etc
Case Nos      SA CV 01-1025,  SA CV 01-1026                        -3-


judgment proposed by Intertainment, finding all defendants
jointly and severally liable for the entire damages award,
secondary theories of liability are moot   The Court therefore
declines to find alter ego liability

        F    The Court adopts its Tentative Ruling as its final
ruling with respect to additional evidence   Except for the
prejudgment interest calculation by witness Wunderlich, no new
evidence has been received or considered in reaching the
foregoing findings, conclusions, and rulings

        The Clerk shall serve this minute order on counsel for
all parties in this action