

ORIGINAL



P-Send / Enter JS-6

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

INTERTAINMENT LICENSING GMBH, )

        Plaintiff, )

        v )

FRANCHISE PICTURES, LLC, )
et al , )

        Defendants )
_____ )

FRANCHISE PICTURES, LLC, )
et al , )

        Plaintiffs, )

        v )

INTERTAINMENT LICENSING GMBH, )
et al , )

        Defendants )
_____ )

SA CV 01-1025 AHS(AJWx)
Consolidated with
SA CV 01-1026 AHS(AJWx)

— Docketed
— Copies / NTC Sent
— JS - 5 / JS - 6
— JS - 2 / JS - 3
— CLSD

JUDGMENT

DOCKETED ON CM

AUG 1 9 2004

BY _____ 040

1017

The above-entitled matter, having come before the Honorable Alicemarie H  Stotler, District Judge, and a special verdict for liability having been entered by the jury on June 16,

2004, and a special verdict for punitive damages having been entered by the jury June 18, 2004,

IT IS ORDERED AND ADJUDGED that

As to Case SA CV 01-1025 AHS (AJWx), the plaintiff Intertainment Licensing GmbH recover of the defendants Elie Samaha, Franchise Pictures, LLC, Pledge Productions, Inc , Valentine Productions, Inc , Suite Productions, LLC, Phoenician Entertainment, LLC, Carter Productions, LLC, Battlefield Productions, LLC, Auggie Rose Productions, Inc , 3000 Miles Productions, Inc , TGD Productions, Inc , VLN Productions, Inc , Seraph Productions, Inc , Heightened Productions, Inc , Champs Productions, Inc , Nine Yards Productions, Inc , Rangers Productions, Inc , Glickson Investments International, LLC, the sum of $92,690,060 as a joint and several liability, such amount including prejudgment interest at the rate of 7% as provided by law

It is further ordered that the plaintiff Intertainment Licensing GmbH shall recover of the following defendants the following additional sums of punitive damages

Elie Samaha  $4,000,000 with interest thereon at the rate of 7% as provided by law,

Franchise Pictures, LLC  $1,000,000 with interest thereon at the rate of 7% as provided by law;

Pledge Productions, Inc  $1,500,000 with interest thereon at the rate of 7% as provided by law,

Valentine Productions, Inc   $1,500,000 with interest thereon at the rate of 7% as provided by law,

Suite Productions, LLC   $1,500,000 with interest

thereon at the rate of 7% as provided by law,

Phoenician Entertainment, LLC    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Carter Productions, LLC    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Battlefield Productions, LLC    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Auggie Rose Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

3000 Miles Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

TGD Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

VLN Productions, Inc.    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Seraph Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Heightened Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Champs Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Nine Yards Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Rangers Productions, Inc    $1,500,000 with interest thereon at the rate of 7% as provided by law,

Glickson Investments International, LLC    $1,500,000 with interest thereon at the rate of 7% as provided by law

Plaintiff Intertainment Licensing GmbH is the prevailing party,

3

and as such shall recover its costs of the actions

As to Case SA CV 01-1026 AHS (AJWx),

IT IS ORDERED AND ADJUDGED THAT,

the plaintiffs take nothing against defendants Intertainment Licensing GmbH, Intertainment AG, and Rudiger (Barry) Baeres, in this action, that judgment be entered in favor of defendants, and that defendants recover their costs

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Judgment on counsel for all parties in this action

Dated    August _16_, 2004

_____
ALICEMARIE H  STOTLER
UNITED STATES DISTRICT JUDGE

S \AHS\1ks\Judgments\Intmt-v-Franchise 01-1025-26 Judgment wpd